AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| CHUN LIN JIANG,<br>on behalf of himself and others similarly situated<br>*Plaintiff*<br>v.<br>TOKYO II STEAK HOUSE INC.<br>d/b/a Tokyo Japanese Steak House *et al.*<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ZILAN ZHANG a/k/a Zi Lan Zhang

   1201 Broadway Saugus, MA 01906
   250 Granite Street Braintree, MA 02184
   777 Memorial Drive Cambridge, MA 02139
   199 Bolyeston Street Newton, MA 02467

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TROY LAW, PLLC
   41-25 Kissena Blvd, Suite 103, Flushing, NY 11355

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
   *Signature of Clerk or Deputy Clerk*