# EXHIBIT 2

**REQUEST NO. 25:**

All entries or comments you made in any journal or diary or on any form of social media and/or other digital communications, including, but not limited to Facebook, Twitter, Google+, LinkedIn, Tumblr, Instagram, blog entries and digital or web forums concerning the allegations in the Complaint, your alleged employment at Tokyo II Steak House, Inc., Kobe Japanese Steakhouse, Inc., Shogun Japanese Steak House, Inc., and/or Tokyo III Steak House Inc, and/or the alleged damages that you are seeking.

**REQUEST NO. 26:**

All non-privileged text messages, e-mails, social media postings, social media messages, memoranda, correspondence or other documents between you and Yao Mei Liu concerning the allegations in the Complaint, your alleged employment at Tokyo II Steak House, Inc., Kobe Japanese Steakhouse, Inc., Shogun Japanese Steak House, Inc., and/or Tokyo III Steak House Inc, and/or the alleged damages that you are seeking.

**REQUEST NO. 27:**

All text messages, e-mails, social media postings, social media messages, memoranda, correspondence or other documents between you and any third party concerning the allegations in the Complaint, and/or the alleged damages that you are seeking.

**REQUEST NO. 28:**

All documents concerning any administrative proceedings instituted by you based on any allegation in the Complaint.

**REQUEST NO. 29:**

All documents concerning any loss of income, benefits, or any other financial loss that you claim was caused by Defendant.