# EXHIBIT 5

| | |
|---|---|
| **From:** | Saunders, Diane M. |
| **Sent:** | Monday, April 3, 2023 3:03 PM |
| **To:** | Tiffany Troy |
| **Cc:** | Cabantog, Lorenzo R. |
| **Subject:** | RE: Jiang I and Jiang II discovery deficiencies - FOLLOW UP MEET AND CONFER REQUEST [ODNSS-OGL.095780.000001] |

Hi Tiffany,

Please let me know when you are available to meet and confer about the topics in my email correspondence to you below. We expected that we would have a conversation about these items below at the same time as the meet and confer about Plaintiff's issues with our discovery and service of process, but somehow that did not happen. Lorenzo spend approximately 30 minutes on the phone with you last week conferring about Plaintiff's issues, but you did not discuss the issues below. As you and he discussed, we will get back to you by the end of the week about our client's position on the discovery items you discussed.

Thank you.


**Diane M. Saunders (she/her/hers) | Ogletree Deakins**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5704 | Mobile: 617-699-2375
diane.saunders@ogletree.com | www.ogletree.com | Bio

---

**From:** Saunders, Diane M.
**Sent:** Wednesday, March 22, 2023 11:06 AM
**To:** Tiffany Troy <tiffanytroy@troypllc.com>
**Cc:** Cabantog, Lorenzo R. <lorenzo.cabantog@ogletreedeakins.com>
**Subject:** RE: Jiang I and Jiang II discovery deficiencies - FOLLOW UP MEET AND CONFER REQUEST [ODNSS-OGL.095780.000001]
**Importance:** High

Dear Tiffany,

Please let me know when you are available to meet and confer about the items listed below, and also about the scope of the 30(b)(6) notice you served in the Jiang I case. Shogun can only produce a witness to testify only about the topics listed in your notice for the period of the statute of limitations insofar as they relate to Shogun, not to, or on behalf of, the other companies you have named as defendants in the Jiang II case. Note: I mentioned that I wanted to meet and confer with you about the scope of the 30(b)(6) notice on February 20. That deposition cannot proceed until we have conferred. I should also note that we expect to depose Plaintiff before that deposition proceeds.

I am available today until 4 pm for a call, tomorrow from 9-noon, or 1-2 pm, and Friday from 8-4 pm. Please let me know what works for you.

Thank you.

**Diane M. Saunders (she/her/hers) | Ogletree Deakins**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5704 | Mobile: 617-699-2375
diane.saunders@ogletree.com | www.ogletree.com | Bio

---

**From:** Saunders, Diane M. <Diane.Saunders@ogletreedeakins.com>
**Sent:** Monday, March 20, 2023 9:37 AM
**To:** Tiffany Troy <tiffanytroy@troypllc.com>
**Cc:** Cabantog, Lorenzo R. <lorenzo.cabantog@ogletreedeakins.com>
**Subject:** Jiang I and Jiang II discovery deficiencies [ODNSS-OGL.095780.000001]

Good morning Tiffany,

I note that you failed to call me at 9:00 am for our scheduled meet and confer call. Please let me know when you are available for that call. Among other things, I would like to discuss the following deficiencies in Plaintiff's discovery on the call:

Re: Jiang I

New date for Plaintiff's Deposition
Provide dates when you and Plaintiff are available for deposition.

Requests for Production
Produce all text messages between Plaintiff and Mr. Lin, Yao Mei Liu or anyone else concerning the allegations in the complaint and/or Plaintiff's demand for damages. These documents are responsive to multiple requests, including but not limited to RFP Nos. 26, and 27.

Interrogatories
Rog No. 1 – supplement with any other names Plaintiff has used, his date of birth, full address and phone number, and the names of any social media accounts he has used. The request did not demand the passwords to his accounts.
Rog No. 3 – supplement with the full names and contact information (address and phone numbers) of the people he listed and identify all other with "knowledge or information," including but not limited to Yao Mei Liu, who he identifies in his initial disclosures ("all employees of Tokyo II") and refers to in his responses to Rog Nos. 5 & 6.
Rog No. 8 – supplement to provide information regarding his past ownership in Tokyo II.
Rog No. 9 – supplement to provide exact dates of alleged work (according to his current response, it was uninterrupted) and state at which restaurants he worked and on what dates.
Rog No. 10 – supplement to provide the name(s) of the restaurants for which he allegedly performed the work described.
Rog. Nos. 12 & 13 – supplement to provide responses. Plaintiff seeks to be a class representative and this information is clearly relevant.
Rog No. 14 – supplement to provide responses. This is clearly relevant as Ms. Liu was the manager of Tokyo II and Plaintiff would have reported to her if he had actually worked at Tokyo II as he claims.

Re: Jiang II

Response to Subpoena to Furniture Gallery
Provide any response received, including any letters or video produced.

**Diane M. Saunders (she/her/hers) | Ogletree Deakins**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5704 | Mobile: 617-699-2375
diane.saunders@ogletree.com | www.ogletree.com | Bio