# EXHIBIT 6

| | |
|---|---|
| **From:** | Cabantog, Lorenzo R. |
| **Sent:** | Monday, March 27, 2023 7:47 PM |
| **To:** | Tiffany Troy |
| **Cc:** | Saunders, Diane M. |
| **Subject:** | Re: 1:22-cv-11867-FDS Jiang v. Kobe Japanese Steakhouse, Inc. et al // Service Costs [ODNSS-OGL.095780.000002] |

Tiffany,

Diane and I are not available at that time. I am available at 4:00pm tomorrow. Otherwise, I am available between 11:00-1:30 pm on Wednesday. Does either time work for you?

Lorenzo

**Lorenzo R. Cabantog | Ogletree Deakins**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5713
lorenzo.cabantog@ogletree.com | www.ogletree.com |Bio