# EXHIBIT 7

| | |
|---|---|
| **From:** | Saunders, Diane M. <Diane.Saunders@ogletreedeakins.com> |
| **Sent:** | Thursday, April 6, 2023 12:34 PM |
| **To:** | Tiffany Troy |
| **Cc:** | Cabantog, Lorenzo R. |
| **Subject:** | Jiang v. Tokyo II, et al. - follow up on meet and confer meeting last week [ODNSS-OGL.095780.000001] |
| **Attachments:** | 2023-04-06 - Defendant's Supplemental Responses to Plaintiff First Set of Interrogatories.pdf |

Hi Tiffany,

I write to follow up on the meet and confer call you had with Lorenzo Cabantog last week about Plaintiff's requests regarding class certification, service of process and Shogun's responses to discovery in this case. As promised by Lorenzo, below are Shogun's responses on these issues:

>  Class certification – Shogun will not consent to conditional certification.

>  Service of process – Shogun will not agree to pay for any service costs beyond what it paid to your firm for service of process via check on or about March 15, 2023.

>  Shogun's alleged discovery deficiencies – Shogun has considered your position and hereby attaches a supplemental interrogatory response. Shogun is not going to further supplement its responses at this time. We are open to meeting and conferring with you further, and to hearing your explanation about why you need and believe you are entitled to the information and documents you claim Shogun should provide.

Thank you and, again, please let me know when you are available to meet and confer about the issues we have raised regarding Plaintiff's discovery responses and deposition notice.

**Diane M. Saunders (she/her/hers) | Ogletree Deakins**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5704 | Mobile: 617-699-2375
diane.saunders@ogletree.com | www.ogletree.com | Bio