# EXHIBIT 8

| | |
|---|---|
| **From:** | Tiffany Troy <tiffanytroy@troypllc.com> |
| **Sent:** | Friday, April 7, 2023 4:41 PM |
| **To:** | Saunders, Diane M. |
| **Cc:** | Cabantog, Lorenzo R. |
| **Subject:** | Re: Jiang v. Tokyo II, et al. - CANCELLATION OF SHOGUN DEPOSITION [ODNSS-OGL.095780.000001] |

Dear Diane,

I am in receipt of your last-minute cancellation of the re-scheduled deposition, which has previously been re-scheduled for your client's convenience as a courtesy. In light of the same, we have cancelled the arrangement for that day.

As you may recall, you threatened to sanction us when we only asked for you to consider doing the deposition remotely.

Furthermore, your request to meet and confer has not been met in vain. I have been dealing with other pressing motion deadlines in other matters, which takes priority because of their timeliness.

I recognize that you wanted to confer with me this week. I appreciate your patience and understanding. However, as mentioned in my email, the meet and confer was to address both our issues pertaining to discovery and other issues raised in your email too. But Lorenzo simply did not bring up any discovery issues, so the meet and confer did happen; your side dropped the ball.

The scope of the deposition is clearly delineated in the 30(b)6 deposition notice that was served upon your client for almost three months now.

If you would like to further adjourn the deposition, you will need to consent to an enlargement of time of the deposition schedule and to produce your client prior to your deposition of Plaintiff.

Notwithstanding Lorenzo's failure to meet and confer and your last minute cancellation of the deposition, I am available to meet and confer on Tuesday between 11:00 a.m. to 12:00 p.m. You can reach me at 718-762-1324.

Warm wishes,
**Tiffany Troy**

**TROY LAW pllc**
*Attorneys & Counselors at Law*
**English, Mandarin, Spanish, Korean, Hindi**
*experienced in the courts*
