# EXHIBIT 9

| | |
|---|---|
| **From:** | Saunders, Diane M. |
| **Sent:** | Tuesday, April 11, 2023 1:23 PM |
| **To:** | Tiffany Troy |
| **Subject:** | RE: Jiang I and Jiang II - Plaintiff's discovery deficiencies - POST MEET AND CONFER EMAIL [ODNSS-OGL.095780.000001] |

Dear Tiffany,

This email confirms the one hour call we had this morning on the issues summarized in the email correspondence below regarding Plaintiff's allegedly deficient discovery responses. Note: This does not contain the rationales offered by either you or me during our discussion, but just the end result of the call as to each topic.

### *Jiang I case*

Shogun 30(b)(6) notice – you indicated you would send a revised Schedule I that clarifies the time frame for questions will be the 3 year SOL period, and the scope will be only as to Shogun.

Responses to Requests for Production

I clarified for you that the "Mr. Lin" I mentioned in my emails below referred to Guangdong Lin, the defendant in *Jiang II*. You indicated that you would have your client search for and produce responsive emails between he and Mr. Lin and/or Yao Mei Liu.

Responses to Interrogatories

Rog No. 1 – you agreed to look into supplementing with any other names Plaintiff has used, but said you refused to produce his date of birth, full address and phone number, and the names of any social media accounts he has used. You said you would provide your position in writing
Rog No. 3 – you agreed to look into supplementing with the full names and contact information (address and phone numbers) of the people listed, but refused to provide contact information for Yao Mei Liu. You said you would provide the basis for your refusal to provide Ms. Liu's contact information in writing.
Rog No. 8 – you refused to supplement to provide information regarding his past ownership in Tokyo II.
Rog No. 9 – you agreed to look into supplementing to provide exact dates of alleged work (according to his current response, it was uninterrupted) and state at which restaurants he worked and on what dates. You said you would provide your position in writing
Rog No. 10 – you refused to supplement to provide the name(s) of the restaurants for which he allegedly performed the work described.
Rog. Nos. 12 & 13 – you refused to supplement to provide responses.
Rog No. 14 – you agreed to look into supplementing to provide responses and said you would provide your position in writing.

### *Jiang II case*

Response to Subpoena to Furniture Gallery

You said you believed Furniture Gallery did not provide any written response to the subpoena and did not provide any documents in response, e.g., video. You agreed to review your file and provide a written response to this.

Please let me know if any of this is inaccurate in any way. Thank you.

**Diane M. Saunders (she/her/hers) | Ogletree Deakins**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5704 | Mobile: 617-699-2375
[diane.saunders@ogletree.com](mailto:diane.saunders@ogletree.com) | [www.ogletree.com](http://www.ogletree.com) | [Bio](#)