# EXHIBIT 12



MA Tokyo 1 // Plf Doc Prod000001



MA Tokyo 1 // Plf Doc Prod000002



MA Tokyo 1 // Plf Doc Prod000003





MA Tokyo 1 // Plf Doc Prod000005



MA Tokyo 1 // Plf Doc Prod000006



MA Tokyo 1 // Plf Doc Prod000007



They try their best to perfect both the appea
and the taste, because they know customers
here not just to fill the stomach, but to ha

MA Tokyo 1 // Plf Doc Prod000008

```
 1 Wages, tips, other comp.   2 Fed. Income tax withheld
        17721.00                      100.00
 3 Social security wages      4 Soc. sec. tax withheld
        17721.00                     1098.70
 5 Medicare wages and tips    6 Medicare tax withheld
        17721.00                      256.95
```
ess, and ZIP code
teak House, Inc.
ese steak House

**Affidavit**

I,                        declare that Mr. Guang Long Lin's restaurants obey the Massachusetts Labor Laws. I worked at Guang Long Lin's restaurant from                      to                      , I was fully pleased with Guang Long Lin's restaurants' management and operation. His management team treated employees very well and paid fairly well. I was pleased to have a fair and sincere to have such a great employer.

By affixing my signature to this Affidavit, I affirm I was an employee of Mr. Guang Long Lin's restaurant., that I have full knowledge of the matters set forth herein are true in substance and fact. That I execute this affidavit to attest to the truth of the foregoing facts, out of my own free will and for whatever legal purposes this may serve.


Signature of employee                                        Date


Printed name of signing employee

MA Tokyo 1 // Plf Doc Prod000009



**11:23**

+1 (617) 642-8658 >

iMessage信息
8月25日 周四 上午 8:34

Jason 我们做个庭外和解吧，不是我怕输这个官司，是我们没必要把钱花在律师费上，最后也把你告进监狱。你在里面卖毒品，拉皮条，换汇还告我，店里的人都知道这是巫告，你肯定告不赢的。我的律师建议我用你的犯罪事实来辨护，到时候也可以向法庭申请检查官介入调查你的犯罪事实来证明你是巫告我的，因为你犯的是公诉罪，只要有人举报，法院有义务介入调查的。

昨天 下午 3:39

Jason ,你今天这样拦截我让我感到有被威胁，信不信我去报警

你的右手还拿着手枪，你以为这样就可以逼我签收吗?

昨天 下午 9:18

Jason
你今天的行为让我感到我有生命危险，礼拜一我会去法院申请禁令，不要靠近我的房子和本人，

发件人不在您的联系人列表中。
报告垃圾信息

iMessage信息



MA Tokyo 1 // Plf Doc Prod000010



```
Mei    4150
Jason  4310 <假期>
Mike   2720
阿伦   3150
财哥   3150
黑炭   3360
Jacky  3180
头鸟   3400
凤儿   2600
兰姐   2700
洗碗   2200 <报税)
Buy Boy 1383
小飞   2660
Steven 1540
Viky   170
虾米   170
Andy   180
Julie  225
Reben  1850
Jenny  2255
```

MA Tokyo 1 // Plf Doc Prod000011



林文（小眼睛）铁板烧师傅.

最早在250工作.后来调到777工作.
再后来在1201工作几个月后现在又调回777上班.

夏（亨特）铁板烧师傅.
　最早在777担任大厨.后来调到250才担任大厨
接着又调到1201担任大厨.后来又调回
250工作.一直到现在.

（财哥）火煸大厨.
　一直在1201.199.250.三家店担任大厨.
（199工作1天）（250工作1天）.（1201工作4天）.

　（Leo）寿司师傅.在250工作4天.
　在1201工作1天.

上面这几个都在1201工作.或是曾经在1201
工作过.所以了解比较清楚.
其他他3家餐馆的人事变动就不清楚.

M 4000
Jason 3400
Mike 3200
伟 3150
Antini 3000
光 ~~3400~~ 3400
同心 2600
洗碗 2200
财哥 3240
虾米 170
Viki ~~180~~ 190
小K 3640
Jenny 1795
兰姐 2540
Reben 1850

MA Tokyo 1 // Plf Doc Prod000013



MA Tokyo 1 // Plf Doc Prod000014



MA Tokyo 1 // Plf Doc Prod000015



MA Tokyo 1 // Plf Doc Prod000016



MA Tokyo 1 // Plf Doc Prod000017



MA Tokyo 1 // Plf Doc Prod000018



MA Tokyo 1 // Plf Doc Prod000019



MA Tokyo 1 // Plf Doc Prod000020