# EXHIBIT 13

**From:** Tiffany Troy <tiffanytroy@troypllc.com>
**Sent:** Friday, April 21, 2023 7:00:10 PM
**To:** Saunders, Diane M. <Diane.Saunders@ogletreedeakins.com>
**Subject:** Re: 1:21-cv-11732-FDS Jiang v. Shogun Japanese Steak House, Inc. // Supplemental Discovery Responses to Defendants Demands [ODNSS-OGL.095780.000001]

*[Caution: Email received from external source]*

Dear Counselor,

Please find attached.

**Tiffany Troy**
/pk

**TROY LAW pllc**
*Attorneys & Counselors at Law*
**English, Mandarin, Spanish, Korean, Hindi**
*experienced in the courts*

*CA CT IL IN MA MD MI MN NJ NY OH PA SC RI TX WA WV*

**www.TroyPllc.Com**
💬TEXT +1 **(718) 762-1324** CALL☎
NY: 41-25 Kissena Blvd., Suite 110, [x103 x119], Flushing, NY 11355
CA : 2055 Junction Ave, Suite 205, San Jose, CA 95131
TPE: No. 372 Linsen N. Rd, Suite 1100, Taipei, Taiwan 10446

1