# EXHIBIT 14

TROY LAW, PLLC
41-25 Kissena Boulevard Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective
and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**
------------------------------------------------------------------ x
CHUN LIN JIANG,
*on his own behalf and on behalf of others similarly situated*

                   Plaintiff,

                   v.

SHOGUN JAPANESE STEAK HOUSE, INC
    d/b/a Bisuteki Tokyo
    d/b/a Bisuteki Tokyo Japanese Steak House

                   Defendants.
------------------------------------------------------------------ x

**Case No. 21-cv-11732**

**PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANTS' FIRST SET OF DOCUMENT PRODUCTION REQUESTS**

26. All non-privileged text messages, e-mails, social media postings, social media messages, memoranda, correspondence or other documents between you and Yao Mei Liu concerning the allegations in the Complaint, your alleged employment at Tokyo II Steak House, Inc., Kobe Japanese Steakhouse, Inc., Shogun Japanese Steak House, Inc., and/or Tokyo III Steak House Inc, and/or the alleged damages that you are seeking.

    **Response:**
    Plaintiffs object to this request on the grounds that it is overly broad and unduly burdensome on the Plaintiff because it requests "all" documents that are time consuming and expensive on the Plaintiff to produce.

    Subject to the above objection and not withstanding it, Plaintiffs state he does not hold any documents that could be responsive to this request.

    **Supplemental Response:** Subject to the above objection and not withstanding it, Plaintiff provides the following documents P000011-P000020, in response to the above request.

    Plaintiff reserves the right to amend, modify and supplement this response.

27. All text messages, e-mails, social media postings, social media messages, memoranda, correspondence or other documents between you and any third party concerning the allegations in the Complaint, and/or the alleged damages that you are seeking.

**Response:**
Plaintiffs object to this request on the grounds that it is overly broad and unduly burdensome on the Plaintiff because it requests "all" documents that are time consuming and expensive on the Plaintiff to produce.

Subject to the above objection and not withstanding it, Plaintiffs state he does not hold any documents that could be responsive to this request.

**Supplemental Response:** Subject to the above objection and not withstanding it, Plaintiff provides the following documents P000011-P000020, in response to the above request.

Plaintiff reserves the right to amend, modify and supplement this response.

> */s/ Tiffany Troy*
> Tiffany Troy
> 41-25 Kissena Boulevard, Suite 110
> Flushing, NY 11355
> Tel: (718) 762-1324
> troylaw@troypllc.com
> *Attorney for Plaintiff*

To (*via* Email):
Diane M. Saunders
Ogletree, Deakings, Nash, Smoak & Stewart, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: 617.994.5700
Facsimile: 617.994.5701
diane.saunders@ogletreedeakins.com

**Certificate of Service**

I, Tiffany Troy, an attorney duly admitted in the State of Massachusetts and in this court, hereby certify:

I have today served the annexed Plaintiff's Supplemental Responses to Defendants' First Set of Document Production Requests to Plaintiff by causing a copy to be sent via electronic mail to their attorney of record at the email address below:

Diane M. Saunders
Ogletree, Deakings, Nash, Smoak & Stewart, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: 617.994.5700
Facsimile: 617.994.5701
diane.saunders@ogletreedeakins.com

Dated:   Flushing, New York
         April 21, 2023

TROY LAW, PLLC

/s/ Tiffany Troy
Tiffany Troy
41-25 Kissena Boulevard, Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
troylaw@troypllc.com
*Attorney for Plaintiff*