# EXHIBIT 15

**From:** Jessica Gandy <subpoenaservices@veritext.com>
**Sent:** Tuesday, February 21, 2023 1:04 PM
**To:** Harrison, Lynda <lynda.harrison@ogletreedeakins.com>
**Subject:** Re: PLEASE ADVISE / AONS ---- PROCESS SERVICE!; Assignment No. 5765564; Status: Scheduled

*[Caution: Email received from external source]*

Hello,

I have found the below information for Yao Mei Liu.

The Franklin Street address does not appear to be associated with this individual but only one result came up when searching Yao Mei Liu in MA:
**Yao Mei Mei Liu** Age 43 (Oct 1979)
5 Oak St #5F
Boston, MA 02111

1

(917) 379-7638 - Wireless
(904) 771-6154 - Landline
(315) 715-0051 - Wireless

When I did search Yao Mei Liu at the Franklin Street address on another site, the below information is coming.  I am unsure if this is the same person:

**MEI MEI LIU**   |   10/##/1979 (43)
206 FRANKLIN ST APT 1, QUINCY, MA 02169-7831 NORFOLK (Sep 2010 - Jan 2023)

Would you like for us to try service at the Boston address?

Thanks,

---
*We value your opinion and would love to get your feedback on how we did today!*
*Please share your thoughts by clicking* ***HERE***

**Jessica Gandy**
Process Service Manager
---------------------------------------------------
**VERITEXT**
633 East Colonial Drive
Orlando, FL 32803
**P** 800-275-7991 | **F** (855) 867-4545

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

> On February 21, 2023 at 12:42 PM EST subpoenaservices@veritext.com wrote:
>
> Yes! We will get this set up for a skip trace ASAP!
>
> ---
> *We value your opinion and would love to get your feedback on how we did today!*
> *Please share your thoughts and mention my name by clicking* ***HERE***
>
> Amanda Chaya
> Process Service Representative - Veritext Midwest
> -------------------------------------------------------
> **VERITEXT**
> 1100 Superior Avenue, Suite 1820 | Cleveland, Ohio 44114
> **P** 800.275.7991 | **Subpoena:** 973-314-1486
> subpoenaservices@veritext.com
> www.veritext.com
> FOLLOW US ON LINKEDIN | FACEBOOK
>
>> On February 21, 2023 at 12:41 PM EST lynda.harrison@ogletree.com wrote:
>>
>> > This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>>
>> Thank you.  Could you please do the skip trace?

2

**Lynda Harrison | Practice Assistant | Ogletree Deakins**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5702
lynda.harrison@ogletree.com | www.ogletree.com

**From:** Amanda Chaya <subpoenaservices@veritext.com>
**Sent:** Tuesday, February 21, 2023 12:33 PM
**To:** Harrison, Lynda <lynda.harrison@ogletreedeakins.com>
**Cc:** Cabantog, Lorenzo R. <lorenzo.cabantog@ogletreedeakins.com>
**Subject:** PLEASE ADVISE / AONS ---- PROCESS SERVICE!; Assignment No. 5765564; Status: Scheduled

*[Caution: Email received from external source]*

Please see the update from our server below:

*2/18/2023 at 10:15 AM - server spoke with Ms. Fu, resident. Yao Mei Liu is not known. Fu and Dei are the last names on the mailbox. No forwarding information.*

My server provided the attached Affidavit of Non-Service. Let us know if you have an alternate address you would like for us to attempt or, if you like, we can do a basic skip trace ($49) to see if we can find a current address for this individual

---

*We value your opinion and would love to get your feedback on how we did today!*

*Please share your thoughts and mention my name by clicking* **HERE**

Amanda Chaya

Process Service Representative - Veritext Midwest

3

---------------------------------------------------

**VERITEXT**

1100 Superior Avenue, Suite 1820 | Cleveland, Ohio 44114

**P** 800.275.7991 | **Subpoena:** 973-314-1486

subpoenaservices@veritext.com

www.veritext.com

FOLLOW US ON **LINKEDIN** | **FACEBOOK**


On February 21, 2023 at 11:13 AM EST subpoenaservices@veritext.com wrote:

Not yet, which is very unusual of him. I just left him a voicemail so he may be on the road right now. I've scheduled to follow up with him again within the hour.


---

***We value your opinion and would love to get your feedback on how we did today!***

***Please share your thoughts and mention my name by clicking HERE***


Amanda Chaya

Process Service Representative - Veritext Midwest

---------------------------------------------------

**VERITEXT**

1100 Superior Avenue, Suite 1820 | Cleveland, Ohio 44114

**P** 800.275.7991 | **Subpoena:** 973-314-1486

subpoenaservices@veritext.com

www.veritext.com

FOLLOW US ON **LINKEDIN** | **FACEBOOK**

4

On February 21, 2023 at 11:10 AM EST lynda.harrison@ogletree.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Has he not responded to your other request from Friday?

**Lynda Harrison | Practice Assistant | Ogletree Deakins**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5702
lynda.harrison@ogletree.com | www.ogletree.com

**From:** Amanda Chaya <subpoenaservices@veritext.com>
**Sent:** Tuesday, February 21, 2023 11:08 AM
**To:** Harrison, Lynda <lynda.harrison@ogletreedeakins.com>
**Cc:** Cabantog, Lorenzo R. <lorenzo.cabantog@ogletreedeakins.com>
**Subject:** Re: PROCESS SERVICE!; Assignment No. 5765564; Status: Scheduled

*[Caution: Email received from external source]*

Good morning,

I'm following up with my server once more for an update. Thank you!

---

***We value your opinion and would love to get your feedback on how we did today!***

5

*Please share your thoughts and mention my name by clicking* HERE

Amanda Chaya

Process Service Representative - Veritext Midwest

-------------------------------------------------------

**VERITEXT**

1100 Superior Avenue, Suite 1820 | Cleveland, Ohio 44114

**P** 800.275.7991 | **Subpoena:** 973-314-1486

subpoenaservices@veritext.com

www.veritext.com

FOLLOW US ON **LINKEDIN** | **FACEBOOK**

> On February 21, 2023 at 11:05 AM EST lynda.harrison@ogletree.com wrote:
>
> > This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>
> Following up from February 17, 2023.  I was out of the office yesterday, but didn't see an email from you regarding status on this subpoena.
>
> Thank you
>
> **Lynda Harrison | Practice Assistant | Ogletree Deakins**
> One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5702
> lynda.harrison@ogletree.com |
> www.ogletree.com

6

**From:** Subpoenaservices@veritext.com <Subpoenaservices@veritext.com>
**Sent:** Monday, February 13, 2023 9:30 AM
**To:** Harrison, Lynda <lynda.harrison@ogletreedeakins.com>
**Subject:** PROCESS SERVICE!; Assignment No. 5765564; Status: Scheduled

[Caution: Email received from external source]



Notes: ac

Your assignment #5765564 has been **SCHEDULED**. Click here to access your Outlo

| ASSIGNMENT #5765564 | | | ST |
|---|---|---|---|
| CASE | Jiang, Chun Lin vs. Tokyo II Steak House, Inc. d/b/a Tokyo Japanese Steak House, et al. | WITNESS | Yao Mei Liu |
| DATE | 2/13/2023 | EXPERT WITNESS? | |
| TIME | 9:00 AM | SERVICES REQUESTED | |
| LOCATION | Yao Mei Liu<br>206 Franklin Street<br><br>Quincy, MA 02169<br><br>Get Directions | ADDITIONAL SERVICES | |

7

| THIS ASSIGNMENT IS FOR | |
|---|---|
| FIRM NAME | Ogletree Deakins Nash Smoak & Stewart PC |
| ATTORNEY/LAWYER NAME | Lorenzo R. Cabantog |
| CONTACT NAME | Lynda Harrison |
| CONTACT PHONE | |
| CONTACT E-MAIL | lynda.harrison@ogletree.com |
| DUE | Normal in 5 days |

| ASSIGNMENT-SPECIFIC INFORMATION | |
|---|---|
| NOTES | ROUTINE 3/30 NATIONWIDE ROUTINE (NO… - 5 BUSINESS DAYS. Please serve the attach… Testify at a Deposition in a Civil Action to Yao… directed. |

Please review the assignment details above for accuracy, including date, time, locati… Should you need to make any changes or add services, please log into the MyVerite… contact our office for assistance. We can be reached by **REPLYING TO THIS E-MAI**… **800.275.7991**.

**SAMPLE NOTICE LANGUAGE:** Capture technology continues to advance and Verit… provide the service best suited to your requirements. We encourage you to update la… proceeding notices to reflect all possibilities. Example language you might use is: **"Y**… that we reserve the right to record the proceeding by stenographic means or by utilizi… recording equipment or any other alternative methods of capture."*

*The above language is a suggestion. Veritext does not provide legal advice.*

**NEED A MYVERITEXT ACCOUNT:** Visit www.veritext.com/myveritext and complete… Your unique individual log-in is private, and complies with all standards to ensure da…

Thank you for choosing Veritext to assist with this proceeding.

**Your Veritext Team**



Copyright © 2000-2022 Veritext Corp. All Rights Reserved.