# EXHIBIT 16

**From:** Troy Law <troylaw@troypllc.com>
**Sent:** Monday, April 24, 2023 10:44 PM
**To:** Saunders, Diane M. <Diane.Saunders@ogletreedeakins.com>
**Subject:** 1:21-cv-11732-FDS Jiang v. Shogun Japanese Steak House, Inc. // Plaintiffs Supplemental Initial Disclosures

*[Caution: Email received from external source]*

Dear Counselor,

Please find attached supplemental initial disclosures.

Thanks,
Regards

Tiffany Troy
/pk

### TROY LAW pllc
*Attorneys & Counselors at Law*
**English, Mandarin, Spanish, Korean, Hindi**
*experienced in the courts*

CA CT IL IN MA MD MI MN NJ NY OH PA SC RI TX WA WV

www.TroyPllc.Com
💬TEXT +1 **(718) 762-1324** CALL☎
NY: 41-25 Kissena Blvd., Suite 110, [x103 x119], Flushing, NY 11355
CA : 2055 Junction Ave, Suite 205, San Jose, CA 95131
TPE: No. 372 Linsen N. Rd, Suite 1100, Taipei, Taiwan 10446

蔡鴻章律師事務所