# EXHIBIT 17

TROY LAW, PLLC
41-25 Kissena Boulevard Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorneys for Plaintiff, the proposed*
*FLSA Collective, and potential Rule 23 class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------------------x

CHUN LIN JIANG
*on behalf of himself and others similarly situated,*
                         Plaintiff,
            v.

SHOGUN JAPANESE STEAK HOUSE, INC. d/b/a Bisuteki Tokyo d/b/a Bisuteki Tokyo Japanese Steak House.
                         Defendant.

-------------------------------------------------------------------x

**Case No: 21-cv-11732**

**SUPPLEMENTAL PLAINTIFF'S RULE 26(a)(1) DISCLOSURE**

      Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff in the above stated action on behalf of himself and on behalf of others similarly situated, by and through his attorneys, Troy Law, PLLC, provides the following initial disclosures.

      Plaintiff bases these disclosures on the information reasonably available to Plaintiff at this time and submits them without waiving any objections as to relevance, materiality, or admissibility of the evidence in the action. Plaintiff reserves the right at any time to revise, correct, add to, or clarify the disclosures set forth below, consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

**A.**     **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

      Upon information and belief, Plaintiff submits that the following individuals may have discoverable information:

    1.    **CHUN LIN JIANG:** As a Master Teriyaki Chef working at Defendant's restaurant from May 01, 2014 to June 03, 2021, Plaintiff CHUN LIN JIANG has discoverable information.

1

2. **YAO MEI LIU**, residing at 206 Franklin St, Quincy MA 02169 is likely to have information regarding the allegations listed in the complaint.

3. **RUBEN N. FERNANDEZ,** residing at 648 Boston St., Lynn, MA 01905, is likely to have discoverable information regarding the allegations listed in the complaint.

4. **WENDI CHEN,** residing at 3 Pine St., #D, Boston, MA 02169, is likely to have information regarding the allegations listed in the complaint.

5. **BOPHAROTH CHOUNG,** residing at 62 Clovelly Street Lynn, MA 01902, is likely to have information regarding the allegations listed in the Complaint.

6. **ANGELICA OU,** residing at 180 Kennedy Dr, Malden MA, 02148, is likely to have information regarding the allegations listed in the Complaint.

7. **All employees of SHOGUN JAPANESE STEAK HOUSE, INC. d/b/a Bisuteki Tokyo d/b/a Bisuteki Tokyo Japanese Steak House** at 777 Memorial Drive, Cambridge, MA 02139.

    These individuals are likely to have knowledge and information regarding all allegations listed in the complaint.

8. **GUANGLONG LIN a/k/a Guang Long Lin a/k/a David Lin,** at 1201 Broadway Saugus, MA 01906; 250 Granite Street Braintree, MA 02184; 777 Memorial Drive Cambridge, MA 02139; and 199 Bolyeston Street Newton, MA 02467.

9. **All employees of TOKYO II STEAK HOUSE, INC. d/b/a Tokyo Japanese Steak House** located at 1201 Broadway Saugus, MA 01906.

    These individuals are likely to have knowledge and information regarding all allegations listed in the complaint.

10. **All employees of KOBE JAPANESE STEAKHOUSE, INC. f/k/a Tokyo Steak House Inc. d/b/a Tokyo Japanese Steak House** located at 250 Granite St, Braintree, MA 02184.

    These individuals are likely to have knowledge and information regarding all allegations listed in the complaint.

11. **All employees of TOKYO III STEAK HOUSE d/b/a Tokyo Japanese Steak** located at 199 Bolyston Street, Newton, MA 02467.

    These individuals are likely to have knowledge and information regarding all allegations listed in the complaint.

B. **RELEVANT DOCUMENTS**

Plaintiff submits that the following documents are in his possession, custody, or control and are available for copying and inspection at Troy Law, PLLC, 41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355:

- Working pictures of Plaintiff, Video taken at the Defendant's restaurant, text messages received by Plaintiff from Defendant's corporate representative.

- WeChat Messages between Corporate Representative of Shogun Japanese Restaurant, Inc., Guanglong Lin and Yao Mei Liu, including voice memo and photograph attachments

**C.  DAMAGES**

A computation of damages claimed by Plaintiff, making available for inspection and copying under Rule 34, the documents and other evidentiary material, unless privileged or protected from disclosure, on which computation is based, including materials bearing on the nature and extent of injuries suffered.

1. See attached Damage Calculations;
2. Attorneys' Fees: to be determined;
3. Costs of Action: to be determined.

**D.  INSURANCE**

N/A

Dated: Flushing, New York
April 24, 2023

                                                   TROY LAW, PLLC
*Attorneys for the Plaintiff, the proposed FLSA Collective, and potential Rule 23 Class*

                                                   ____/s/ Tiffany Troy_____
                                                          Tiffany Troy

**Certificate of Service**

I, Tiffany Troy, an attorney duly admitted in the State of Massachusetts and in this court, hereby certify that:

I have today served the annexed Supplemental Initial Disclosures on the Defendants in this action by causing a copy to be sent *via* electronic mail to their attorneys of record at the email address below and *via* first class mail to their attorneys of record at the address below.

Dated:  April 24, 2023

By: /s/ Tiffany Troy
Tiffany Troy
*Attorney for Plaintiff*

SERVICE LIST:

Diane M. Saunders, Esq.
One Boston Place, Suite 3500
Boston, MA 02108
Tel: 671-994-5700
diane.saunders@ogletreedeakins.com
*Attorney for Defendants*