UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Chun Lin Jiang

        Plaintiff(s)

v.

                                      CIVIL ACTION NO.  1:21-11732-FDS

Shogun Japanese Steak House, Inc.

        Defendant(s)

## JUDGMENT IN A CIVIL CASE

SAYLOR, C.J.

**IT IS ORDERED AND ADJUDGED:**

In accordance with the court's MEMORANDUM & ORDER (Dkt. No. 98), dated January 31, 2024, the defendant's motion for Summary Judgment (Dkt. No. 82) is GRANTED.

**Judgment shall enter for the defendants.**

                                        ROBERT M. FARRELL
                                        CLERK OF COURT

Dated: 1/31/2024                            /s/ Flaviana de Oliveira
                                                            Deputy Clerk